UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHON CHALEUNSOUK,

    Plaintiff,

v.                        Case No: 8:14-cv-965-T-36EAJ

USA LAWNS, INC. and JAMES SCIANDRA,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on August 21, 2014 (Doc. 12).   In the Report and Recommendation, Magistrate Judge Jenkins recommends that the Court grant the parties' Joint Motion for Approval of Settlement (Doc. 11).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.   Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    The Joint Motion for Approval of Settlement (Doc. 11) is **GRANTED.**  The Settlement Agreement (Doc. 11-Ex. 1) constitutes a fair and reasonable resolution of a bona fide dispute.

    (3)    This action is **DISMISSED, with prejudice.**

    (4)    The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on September 8, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record